# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JAMES EDWARD SPENCER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 7:12-cv-01832-AKK-SGC |
| ) | |
| ROBERT BENTLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On January 13, 2015, the magistrate judge filed a report, recommending this action be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim on which relief may be granted. (Doc. 20). The magistrate judge further recommended the plaintiff's motion for a preliminary injunction (Doc. 17) be denied. (Doc. 20). The plaintiff filed objections to the report and recommendation on or about January 28, 2015. (Doc. 21). The plaintiff claims the magistrate judge is "double talking" in this and other cases the plaintiff has commenced in this court and essentially repeats the arguments raised in his complaint. (*Id.*).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion the magistrate judge's report is due to be and is hereby **ADOPTED** and her recommendation is **ACCEPTED**.

1

Accordingly, the complaint is due to be **DISMISSED** pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim on which relief may be granted, and the motion for preliminary injunction (Doc. 17) is **DENIED**.  A separate Final Judgment will be entered.

**DONE** the 24th day of February, 2015.

                                        **ABDUL K. KALLON**
                                  UNITED STATES DISTRICT JUDGE